# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **07 Mag. 370**　　　　　　　　　　　　Date **6/10/2021**

USAO No. **2007R00611**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Luis Mazza-Olmos**

The Complaint/Rule 40 Affidavit was filed on **4/9/2007**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　**SARAH LAI**
　　　　　　　　　　　　　　　　　　　Digitally signed by SARAH LAI
　　　　　　　　　　　　　　　　　　　Date: 2021.06.09 18:56:07 -04'00'

　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　**Sarah Lai**
　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: **6/10/21**

　　　　　　　　　　　　　　　　　　　*Kevin Nathaniel Fox*

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE